987 A.2d 1214

**Mark MITCHELL, Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Feb. 16, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of February, 2010, the order of the Commonwealth Court is AFFIRMED.